

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| SAMUEL R. BOURLAND, II, ET AL | CIVIL ACTION |
|---|---|
| VERSUS | NO 3:03 CV 1590 |
| | SECTION "" |
| | JUDGE DEE DRELL |
| WAL-MART STORES, INC. | MAG. DIV. |
| | MAGISTRATE JUDGE KIRK |

### ORDER

Considering the Joint Motion for a Consent Order filed by Plaintiffs and Defendants, Overlord Industries Corp. and Overlord Industries (Shen Zhen) Ltd. Co.;

IT IS HEREBY ADJUDGED ORDERED AND DECREED THAT:

1. Plaintiffs' Motion to Compel Discovery and For Sanctions (Doc #112) is hereby moot;

2. Plaintiffs' Motion to Deem Requests For Admissions Admitted for Lack of Response and For Sanctions (Doc #112) is Withdrawn.

3. Any fact deemed admitted because of lack of response to Plaintiffs' Request for Admissions dated November 3, 2005, or April 24, 2006 is withdrawn or unadmitted, specifically, Request for Admissions/Interrogatory/Request for Production Nos. 3, 6, 9, 12, 15, 18, 21, 24 propounded November 3, 2005 in compliance with this Court's March 26, 2007 order.

4. Plaintiffs' Jurisdictional Discovery requests propounded to Overlord Industries Corporation and Overlord Industries (Shen Zhen)Ltd Co. are hereby withdrawn;

NO 99768708.1

5. Defendants, Overlord Industries Corporation and Overlord Industries (Shen Zhen) Co. Ltd.'s Rule 12(b)(2) Motions to Dismiss for Lack of Jurisdiction and any personal jurisdiction defenses (Docs ## 75, 90) are withdrawn. These defendants consent and submit to the jurisdiction of this Court.

6. Defendants, Overlord Industries Corporation and Overlord Industries (Shen Zhen) Ltd. Co.'s are hereby ordered to file an answer to Plaintiffs' Second Supplemental and Amending Complaint within 20 days of this order.

ALEXANDRIA, Louisiana, this 3RD day of MAY, 2007.

U.S. Magistrate Judge
United States District Court
Western District of Louisiana
Monroe Division

NO.99768708.1